```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
MYKAYLA FAGNANI,                                               :
                                                               :
                           Plaintiff,                          :
                                                               :         22-cv-10136 (LJL)
            -v-                                                :
                                                               :              ORDER
AMERICAN STATIONERY COMPANY, INC.,                             :
                                                               :
                           Defendant.                          :
                                                               :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The parties may reopen the case, provided the application to restore the action to the Court's calendar is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: February 15, 2023  
      New York, New York

                                                       LEWIS J. LIMAN  
                                               United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 02/15/2023